## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

| | |
|---|---|
| JOHN FIELD,<br><br>          Plaintiff,<br><br>      v.<br><br>PEAK RESORTS, INC., TIMOTHY D. BOYD, STEPHEN J. MUELLER, RICHARD K. DEUTSCH, STANLEY W. HANSEN, CARL E. KRAUS, CHRISTOPHER S. O'CONNOR, DAVID W. BRASWELL, and RORY A. HELD,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)   Case No. 4:19-cv-02458-JMB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff John Field ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: February 13, 2020

By:         */s/ Matthew L. Dameron*
           Matthew L. Dameron, MO Bar No. 52093
           **WILLIAMS DIRKS DAMERON LLC**
           1100 Main, Suite 2600

**OF COUNSEL:**
           Kansas City, Missouri 64105
           Tel: (816) 945-7110
**WEISSLAW LLP**
           Fax: (816) 945-7118
Richard A. Acocelli
           matt@williamsdirks.com
Michael A. Rogovin
Kelly K. Moran
           *Attorneys for Plaintiff*
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system and a notice of electronic filing will be sent to all counsel of record.

/s/ *Matthew L. Dameron*
Matthew L. Dameron