UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN FIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:19 CV 2458 (JMB) |
| ) | |
| PEAK RESORTS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the plaintiff's notice of dismissal,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action without prejudice.   Fed. R. Civ. P. 41(a)(1)(A)(i).

The parties shall bear their own costs.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of February, 2020.